# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:                                                                Case No. 8:24-bk-00986-RCT
                                                                      Chapter 13
NICOLE JEAN WRIGHT

      Debtor.[1]
_____/

## TRUSTEE'S OBJECTION TO CLAIM OF EXEMPTION

KELLY REMICK, the Chapter 13 Standing Trustee, by and through her undersigned attorney hereby objects to the exemption claimed by the Debtor for back child support, stating as follows in support:

1. As articulated in the Recommendation (Doc. No. 17),[2] the Debtor's claim of exemption for child support/back child support does not appear to be appropriate under Florida Statutes 222.201 and assumingly, Bankruptcy Code §522(d)(10).

2. Bankruptcy Code §522(d)(10) allows a debtor to claim as exempt alimony, support, or separate maintenance, *to the extent reasonably necessary for the support of the debtor and any dependent* of the debtor.

3. In the instant case, the Debtor has testified and offered documentation evidencing that the children for whom the Debtor is receiving the back support are over eighteen years old and no longer reside in the home.

4. Accordingly, the Debtor's claim for "back child support" is an asset of the estate and not simply income to the Debtor for the support of minors actually in the household.

---

[1] All references to "Debtor" shall include and refer to both of Debtors in a case filed jointly by two individuals.
[2] Placing all parties on notice of this objection to exemption since April 2, 2024

5. Moreover, Schedule J indicates household net income of $636. The availability of this net income evidences that the back child support paid as required by the State of Florida at $111 weekly (and paid at amounts higher than that according to documentation produced by the Debtor) is not reasonably necessary for the support of the Debtor and any dependent.

6. The Trustee reserves the right to request further information or raise further objections prior to or at the confirmation hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished electronically and/or by First Class U.S. Mail to NICOLE J. WRIGHT, 9014 Cockatoo Road, Weeki Wachee, FL 34613; MICHAEL ERIC BARKSDALE, THE GOLDEN LAW GROUP, 429 Lithia Pinecrest Road, Brandon, FL 33511; and the U.S. TRUSTEE, 501 East Polk Street, Suite 1200, Tampa, Florida 33602, on this 23rd day of July, 2024.

/s/ Lydia M. Gazda, Esquire
LYDIA M. GAZDA, ESQUIRE
Post Office Box 89948
Tampa, Florida 33689-0416
Phone (813) 658-1165
Facsimile (813) 658-1166
Florida Bar No. 0071842
Attorney for the Trustee

KR/tem